IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ANGELA WISKUR,
         *Plaintiff*,

v.

EQUIFAX INFORMATION SERVICES, LLC,
         *Defendant*.

1:22-cv-1256-MSN-WEF

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge William E. Fitzpatrick on April 2, 2024 (ECF 80) ("Recommendation").[1] Having reviewed the record and Judge Fitzpatrick's Recommendation, and finding good cause to do so, the Court will adopt the Recommendation. Accordingly, it is hereby

**ORDERED** that Recommendation is **APPROVED** and **ADOPTED** in full; and it is further

**ORDERED** that Plaintiff's Motion for Attorney Fees and Costs (ECF 69) is **GRANTED IN PART**; it is further

**ORDERED** that Plaintiff is awarded **$250,000** in attorney's fees and **$16,677.40** in costs; and it is further

**ORDERED** that Equifax pay all attorneys' fees and costs within 30 days of this Order.

**SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

May 13, 2024
Alexandria, Virginia

---

[1] Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline to submit any objections to Judge Fitzpatrick's Recommendation was April 16, 2024. Because no such objections have been filed, the Court embraces Judge Fitzpatrick's analysis without reservation.